IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY BROADDUS | ) |
| | ) |
| v. | ) NO. 3:08-0805 |
| | ) JUDGE CAMPBELL |
| RIVERGATE ACQUISITIONS, INC. | ) |
| d/b/a PLANET KIA | ) |

ORDER

Pending before the Court is Defendant's Motion to Compel Arbitration and Stay Judicial Proceedings (Docket No. 9). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED.

This action is stayed, pending further Order of the Court. The parties shall notify the Court within ten (10) days of completion of the arbitration or other resolution of this matter. The Clerk is directed to close this file administratively.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE