UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JERRY N. BROADDUS            )
                            )
v.                          )        NO. 3:08-0805
                            )        JUDGE CAMPBELL
RIVERGATE ACQUISITIONS, INC.    )


ORDER


    Pending before the Court is Defendant's Motion for Leave to File Sur-Reply to Plaintiff's

Reply to Motion to Vacate Arbitration Award (Docket No. 25). The Motion is GRANTED,

    IT IS SO ORDERED.


                            _Todd Campbell_____
                            TODD J. CAMPBELL
                            UNITED STATES DISTRICT JUDGE