IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY BROADDUS | ) |
| | ) |
| v. | ) NO. 3:08-0805 |
| | ) JUDGE CAMPBELL |
| RIVERGATE ACQUISITIONS, INC. | ) |
| d/b/a PLANET KIA | ) |

ORDER

Pending before the Court is Plaintiff's Motion to Vacate Arbitration Award (Docket No. 21). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED, and the award of the arbitrator is affirmed.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE